THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WEINGARTEN REALTY INVESTORS, a Texas Real Estate Investment Trust; WEINGARTEN NOSTAT, INC., a Texas Corporation, BOULEVARD MARKET PLACE ACQUISITION COMPANY, LLC., a Delaware Limited Liability Company,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>BRITE CLEANERS, INC.; *et al.*<br><br>　　　　　Defendants. | Case No. 5:18-cv-971-JD |

## PLAINTIFFS' MOTION FOR HEARING ON PLAINTIFFS' SECOND MOTION FOR SETTLEMENT [DOC 186]

COME NOW Plaintiffs Weingarten Realty Investors, Weingarten Nostat, Inc. and Boulevard Market Place Acquisition Company, LLC (hereinafter, "Plaintiffs"), by and through their counsel of record, HOLDEN LITIGATION and respectfully request that the Court set Plaintiff's Motion for Settlement [Doc 186] for hearing, and to allow oral argument to be presented regarding the same pursuant to LCvR78.1. If the Court deems no hearing is necessary on said Motion, Plaintiffs respectfully request that the Court grant the relief requested therein and enter the agreed proposed Order Approving Settlement which was submitted by Defendants on August 29, 2021.

Counsel for Defendants have been contacted in regard to the instant motion, but have not all responded as to whether they agree or object to this request. Only counsel for

Defendant FabriClean has indicated that they do not object, but have advised that they would prefer a telephonic or remote hearing.

## RELIEF REQUESTED

WHEREFORE Plaintiffs respectfully request that the Court set a hearing on Plaintiffs' Motion for Settlement [Doc 186], or in the alternative, to grant the uncontested relief requested therein.

Respectfully submitted,

**HOLDEN LITIGATION,** *Holden P.C.*

/s Orion A. Strand
Steven E. Holden, OBA #4289
Orion A. Strand, OBA #33279
15 East 5th Street, Suite 3900
Tulsa, OK  74103
(918) 295-8888 – telephone
(918) 295-8889 – fax
SteveHolden@HoldenLitigation.com
OrionStrand@HoldenLitigation.com
***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of September, 2022, I electronically transmitted this document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to those parties registered for ECF service.

/s Orion A. Strand