## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

WEINGARTEN REALTY INVESTORS,       )
a Texas Real Estate Investment Trust;   )
WEINGARTEN NOSTAT, INC., a Texas   )
Corporation; BOULEVARD MARKET    )
PLACE ACQUISITION COMPANY, LLC,   )
a Delaware Limited Liability Company,   )
                                    )
                    Plaintiffs,      )
                                    )
v.                                  )          Case No. CIV-18-00971-JD
                                    )
BRITE CLEANERS, INC.; DONALD GENE  )
LEWELLEN, JR.; MARTHA G. LEWELLEN; )
J.D. THOMPSON AND ASSOCIATES, INC.,  )
a/k/a STR ENTERPRISES, INC.; R & R MFG. )
& SUPPLY, INC., an Oklahoma Corporation;  )
FABRICLEAN SUPPLY OF OKLAHOMA    )
LIMITED PARTNERSHIP, a Delaware    )
Limited Partnership; CONE SOLVENTS,   )
INC., a Tennessee Corporation; and    )
FRONTIER LOGISTICAL SERVICES, LLC,  )
a Tennessee limited liability company;   )
                                    )
                    Defendants.     )

## ORDER SETTING HEARING

Before the Court is Plaintiffs' Motion for Hearing ("Motion") [Doc. No. 187]. The

Motion requests that the Court set a hearing on Plaintiffs' Motion for Settlement on

Defendants' Proposed Order Approving Settlement [Doc. No. 186]. The Court GRANTS

the Motion [Doc. No. 187].

Plaintiffs' Motion for Settlement on Defendants' Proposed Order Approving

Settlement [Doc. No. 186] is set for telephonic hearing on **Wednesday, October 19,**

**2022, at 10:00 a.m**. The Court anticipates ruling on the Motion by reading the ruling into

the record.[1] If the Court issues a written order before the hearing, the hearing will be stricken by separate order.

The Courtroom Deputy will contact the parties with further instructions closer to the hearing. All parties are directed to comply with the *Telephonic Appearance Procedures for Judge Jodi W. Dishman*, which are available on the website for the United States District Court for the Western District of Oklahoma, under "Rules & Procedures, Chambers Rules."

IT IS SO ORDERED this 4th day of October 2022.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE

---

[1] The parties are advised that because criminal proceedings take priority over civil proceedings, the Court's criminal docket may necessitate a continuance of this hearing to the next available hearing date.