IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) WEINGARTEN REALTY INVESTORS,<br>  a Texas real estate investment trust,<br>(2) WEINGARTEN NOSTAT, INC.,<br>  a Texas corporation, and<br>(3) BOULEVARD MARKET PLACE<br>  ACQUISITION COMPANY, LLC.,<br>  a Delaware limited liability company,<br><br>  Plaintiffs,<br><br>v.<br><br>(1) BRITE CLEANERS, INC.,<br>(2) DONALD GENE LEWELLEN, JR.,<br>(3) MARTHA G. LEWELLEN,<br>(4) J.D. THOMPSON AND ASSOCIATES, INC.,<br>  a/k/a STR ENTERPRISES, INC.,<br>  an Oklahoma corporation,<br>(5) R&R MFG. & SUPPLY, INC.,<br>  an Oklahoma corporation,<br>(6) FABRICLEAN SUPPLY OF OKLAHOMA<br>  LIMITED PARTNERSHIP,<br>  a Delaware limited partnership,<br>(7) CONE SOLVENTS, INC.,<br>  a Tennessee corporation, and<br>(8) FRONTIER LOGISTICAL SERVICES, LLC,<br>  a Tennessee limited liability company,<br><br>  Defendants. | Case No. CIV-18-971-JD |

## ADMINISTRATIVE CLOSING ORDER

Consistent with the Court's Order entered today [Doc. No. 189], it is ORDERED that the Clerk administratively terminate this action in her records. Unless a party moves to reopen or extend this proceeding within **60** days of the entry of this Order, this action shall be deemed dismissed with prejudice, and this Order shall become a final judgment that satisfies the separate-document requirement for purposes of Federal Rule of Civil Procedure 58(a). *See Morris v. City of Hobart*, 39 F.3d 1105, 1109–10 (10th Cir. 1994).

Entered this 19th day of October 2022.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE